ROBERT J. DE DONA, as Administrator of the Estate of ANDREW DE DONA, Deceased, Appellant, v. MARGARET T. DWYER et al., Respondents.—

Munder, Acting P. J., Martuscello, Latham, Kleinfeld and Benjamin, JJ., concur.